**PRISONER CASE**



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. JAN NEWELL

**Defendant(s):** NEDRA CHANDLER, etc.

**County of Residence:** LEE

**County of Residence:**

**Plaintiff's Address:**
Jan Newell
K-50566
Dixon - DIX
P.O. Box 1200
Dixon, IL 61021

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

08CV3711
JUDGE DARRAH
MAGISTRATE JUDGE BROWN

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *[signature]*   **Date:** 06/30/2008

Can NOT go to Andersen

F I L E D
JUN 30 2008
Jun 30 2008
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT