UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

08cv3711

* Sender: Please print your name, address, and ZIP+4 in this box *

**FILED**

JUL 17 2008

Jul 17, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

W. DOBBINS
DISTRICT COURT
S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED
JUL 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FILED**

JUL 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  J.N  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to: 08cv3711<br><br>CHIEF OF CRIMINAL APPEALS<br>IL ATTORNEY GENERAL'S OFFICE<br>100 W RANDOLPH ST - 12TH FLR<br>CHICAGO IL 60601 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>RECEIVED JUL 02 2008<br>Office Of The Attorney General<br>Office Services<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 0896 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |