ORIGINAL

MHN

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
LCW
AUG 28 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America ex.rel )
JAN NEWELL )
         Petitioner, )
vs. )
  )
NEDRA CHANDLER, etc. )  RE:  08 CV 3711
         Respondent. )
  )  Honorable Judge John W. Darrah
  )  Presiding

MOTION TO STAY PROCEEDINGS IN ORDER TO VERIFY FILINGS AND THE
RECORD/ MOTION FOR VIDEO TELECONFERENCE TO
VIEW FILINGS AND THE RECORD

NOW COMES, Jan Newell, pro-se and moves this honorable Court for a Motion
to Stay proceedings in order to Verify Filings and the Record and for
a Motion for a Video Teleconference to View the Filings and the Record.
In support thereof Petitioner states the following:

1)    Petitioner is incarcerated at the Dixon Correctional center;

2)    On June 19, 2008, Petitioner submitted two(2) sealed envelopes to the
mailroom. One contained a single copy of his Petition for Writ of Habeas
Corpus addressed to the Chief of Criminal Appeals, Office of the Illinois
Attorney General. The copy contained aprox. 90 pages. This envelope was
mailed on June 20, 2008. Petitioner was charged $4.80 for postage.

                                                **(See Exhibit I)**

3)    The **second** envelope was mailed on June 25, 2008. That envelope was
addressed to the U.S. District Court and contained an **original and 2 copies**
of the petition. All of the petitions were seperately stabled an were
of the same length, ie. approx. 90 pages. Petitioner was charged $5.20
for postage. A difference of only $.40 (40¢).

                                                **(See Exhibit II)**

    **All copies and the original contained a proof of service**
Petitioner alleges that these charges are inconsistent with the contents.

4)    On August 3, 2008, Petitioner wrote the Clerk of the Court requesting
his file stamped copy be sent to him.

                                                **(See Exhibit III )**

5) On <u>August 11, 2008</u> the Court sent petitioner a letter requesting $67.00 to copy Petitioner's filings of 134 pages. Petitioner's petition was only approx. 90 pages in length. Approx. ='s ± 1 or 2 pages.

                  (See **Exhibit IV**)

6) On <u>August 15, 2008</u>, Petitioner sent this Court a letter requesting an explanation of what the 134 pages consisted of, alleging that if the 134 pages represented a copy of his petition than something is **wrong** as the petition submitted by Petitioner was only approx. **90 pages** in length and **not 134** pages;

                  (See **Exhibit V**)

7) Also see copy of the original Proof of Service attached.

                 (See **Exhibit VI**)

Petitioner now moves this Honorable Court for a Stay of Proceedings and a Video Teleconference or what ever this Court deems necessary to allow Petitioner and this Court to verify that a correct and accurrate petition is before this Court and of record, prior to this Court or a judges ruling.

## AFFIDAVIT

I, <u>JAN NEWELL, K-50566</u>, affiant, do hereby declare and affirm pursuant to 28 UC 1746, 18 USC 1621, or 735 ILCS 5/1-109, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe that the forgoing matter is taken in good faith.

Signed on this __23__ day of __AUG.__ , 2008.

_____       _____
JAN NEWELL, # K-50566            Affiant
Dixon Correctional Center
2600 N. Brinton
Dixon, Il 61021

(EXHIBIT I)

6/20/08

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # 81 s 984 B  Date June 19, 2008

Offender Name J. Newell  ID# K-50566  Housing Unit HCU-2

Pay to _____

Address _____ the any CSN _____ for _____

City, State, Zip _____ Chief caim appls

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of _____

[X] I hereby authorize payment of postage for the attached mail. [ ] I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature  J. Newell  ID# K-50566

Witness Signature _____

[ ] Approved  [ ] Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ 4 _____ dollars and _____ 80 _____ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2008)
(Replaces DC 629)

*Printed on Recycled Paper*

(EXHIBIT II)

CK # 80730  6/25/08

5482

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Authorization for Payment**

Posting Document # 88  c39431 PBB  Date JUNE 19, 2008
Offender Name  J. NEWELL  ID# K-50566  Housing Unit HCU-2
Pay to  CLERK OF THE UNITED STATES DISTRICT COURT
Address  U.S. COURTHOUSE  219 S. DEARBORN ST.
City, State, Zip  CHICAGO, IL  60604
The sum of  FIVE  dollars and  00  cents charged to my trust fund account, for the purpose of  FILING FEE FOR FEDERAL HABEAS CORPUS

☒ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature  J Newell  ID# K-50566
Witness Signature  [signature]
☒ Approved ☐ Not Approved  Chief Administrative Officer Signature  [signature]
Postage applied in the amount of  3  dollars and  22  cents.

Distribution: Business Office, Offender, Mail Room

Printed on Recycled Paper

DOC 0296 (Eff. 1/2008)
(Replaces DC 628)

MICHAEL W. DOBBINS                                                                  AUG. 5, 2008

TO: CLERK OF THE U.S. DISTRICT COURT
PRISONER CORRESPONDENCE
219 S. DEARBORN ST
CHICAGO, IL  60604
                                                                             (EXHIBIT III)

                                                                    RE:
From: JAN NEWELL - K-50566                                          CASE NO. 08 CV 3711
      2600 N. BRINTON
      DIXON, IL  61021

DEAR ~~SIR~~ MR. DOBBINS,

  ON JUNE 19, 2008, I FILED A ~~WRIT FOR~~ PETITION FOR HABEAS CORPUS TO THIS COURT BY MAILING, AT THE DIXON CORR. CNTR. AN ORIGINAL + 2 COPIES OF THE PETITION. THE PETITION WAS APPROX 90 PGS IN LENGTH WITH YELLOW HIGHLIGHTED AREAS.

  ON JUNE 30, 2008 THE COURT SENT ME A LETTER EXPLAINING THAT TO RECEIVE MY FILE STAMPED COPY I NEEDED TO FILE THE ORIGINAL + 2 COPIES. I HAD COMPLIED WITH THAT, I HAVE NOT RECEIVED MY FILE STAMPED COPY.

  DUE TO PAST PROBLEMS WITH MAILING PROBLEMS AT DIXON CORR. CNTR. IT CONCERNS ME THAT THE COURT DID NOT RECEIVE ~~THE~~ WHAT I HAD MAILED i.e., AN ORIGINAL + 2 COPIES OF EVEN ONE COMPLETE PETITION.

  WOULD YOU PLEASE ADVISE ME AS TO WHAT YOU RECEIVED PERTAINING TO MY PETITION." THANK YOU IN ADVANCE.

                                                    RESPECTFULLY YOURS,

ALSO: I HAD WRITTEN THE
COURT A LETTER ADVISING IT OF                       J. Newell
MY MAILING + THERE IS A CERTIFICATE
OF SERVICE INCLUDED WITH THE PETITION
INDICATING AN ORIG. + 2 COPIES.

# UNITED STATES DISTRICT COURT
## UNITED STATES COURTHOUSE
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

OFFICE OF THE CLERK
CERTIFIED COPY DESK
312-435-5699

August 11, 2008

(EXHIBIT IV)

Request No.: 0808-25

In Re: 08CV3711

The total cost of the service you requested is:   $67.00
This cost includes:

134 Photocopies @ $.50 per page                                                   $67.00
                                                           Total:                 $67.00

Please make your remittance in the form of check or money order, indicating the request number above, and made payable to: Clerk, United States District Court. **Do not send cash**. Please return this form with your check.

Sincerely yours,

By: Janette Nunez

Deputy Clerk

(db.frm Rev. 01/98)

AUG 15, 2008

TO: Office of the Clerk
United States District Court
219 S. Dearborn St
Chicago, IL
ATTN: Jannie Gonzalez - Deputy Clerk

FROM: Jan Newell - K-50566
2600 N Brinton
Dixon, IL 61021

(EXHIBIT V)

IN RE: 08CV3711

Dear Ms. Nunez,

In response to my letter attempting to find out just what was mailed by Dixon Corr Center, you asked for $62.00 re: 134 photo copies @ .50 per page - Request No. 0808-05.

I filed an original & 2 copies of my Habeas Petition, ea. of the 3 was stapled & consisted of 90 pages ea. I can't understand what 134 copies is of.

If you received a petition with 134 pages then the Dixon Mail Room or Dixon Staff altered my petition.

QUESTION: Does the 134 photo copies encompass a single petition?

I don't need a copy, only clarification. I greatly appreciate any help that you can provide.

Sincerely yours,

Jan Newell

(EXHIBIT VI)

STATE OF ILLINOIS
                  SS
LEE COUNTY

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS — WESTERN DIVISION

JAN NEWELL
Respondent

vs.                                   Case No. _____

NEDRA CHANDLER - WARDEN

NOTICE OF FILING

To: 20TH FL- CLERKS OFFICE - PRISONER CORRESP.    To: CHIEF CRIMINAL APPEALS DIVISION    To: _____
U.S. DISTRICT CT. - EASTERN DIV.    OFFICE OF ATTY. GENERAL
219 S. DEARBORN ST.    100 W. RANDOLPH - 12TH FL.
CHICAGO, IL 60604    CHICAGO, IL 60601
1 original & 2 copies    1 copy    ___ copy(ies)

PLEASE TAKE NOTE that on the 19TH day of JUNE, 2008, I have filed, through the U.S. Mail, the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1. PETITION FOR WRIT OF HABEAS CORPUS
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____

### AFFIDAVIT OF SERVICE

I, JAN NEWELL, being first duly sworn on oath, depose and aver that he/she has caused the above stated documents in the above stated amounts, to be served upon the above listed parties by placing the same in the U.S. Mail Box on Housing Unit # HCU located at Dixon Correctional Center in Dixon, IL for delivery as 1st Class Mail.

s/s Jan Newell
Name: JAN NEWELL
IDOC Reg. # K-50566

Subscribed and sworn to before me this

19th day of June, 2008.

Carole S. O'Neal

"OFFICIAL SEAL"
Carole S. O'Neal
Notary Public, State of Illinois
My Commission Exp. 07/31/2010

STATE OF ILLINOIS  
  SS  
COUNTY OF LEE

IN THE  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF ILLINOIS

U.S EX.REL JAN NEWELL  )  
        PETITIONER,    )  
    vs.               )    Case No. 08 CV 3711  
NEDRA CHANDLER, ETC.   )  
        RESPONDENT,   )

PRISONER CORRESPONDENCE       NOTICE OF FILING      CHIEF CRIMINAL APPEALS DIVISION

To: CLERK OF THE U.S. DIST. COURT  To: OFFICE OF ATTORNEY GENERAL  To:  
    NORTHERN DIST. OF ILLINOIS       100 W. RANDOLPH ST - 12TH FL,  
    219 S. DEARBORN ST.              CHICAGO, IL 60601  
    CHICAGO, IL 60604  
1 original & 2 copies     1 copy(s)     ___ copy(ies)

PLEASE TAKE NOTE that on the __24__ day of __AUGUST__, 20_08_, I have filed, through the U.S. Mail, the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1. MOTION TO STAY PROCEEDINGS  
2. MOTION FOR VIDEO TELECONFERENCE  
3. _____  
4. _____  
5. _____  
6. _____  
7. _____  
8. _____

### AFFIDAVIT OF SERVICE

I, __JAN NEWELL, K-50566__, being first duly sworn on oath, depose and aver that he/she has caused the above stated documents in the above stated amounts, to be served upon the above listed parties by placing the same in the U.S. Mail Box on Housing Unit# __HCU__ located at Dixon Correctional Center in Dixon, IL for delivery as 1st Class Mail.

s/s __Jan Newell__  
Name: __JAN NEWELL__  
IDOC Reg. # __K-50566__

Subscribed and sworn to before me this

__23rd__ day of __August__, 20_08_.

__Sally A. Joos__  
NOTARY PUBLIC



OFFICIAL SEAL  
SALLY A. JOOS  
Notary Public - State of Illinois  
My Commission Expires Jul 12, 2012